UNITED STATES, Appellee

v

LASCELLES W. STRACHAN, Specialist Four,
U. S. Army, Appellant

18 USCMA 438, 40 CMR 150

No. 21,966

July 3, 1969

*Colonel Daniel T. Ghent* and *Major John Wall Hanft* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major Edwin P. Wasinger,* and *Captain John C. Lenahan* were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The issue in this case is controlled by our opinion in United States v Johnson, 18 USCMA 436, 40 CMR 148. In *Johnson,* we held the law officer erred to the substantial prejudice of the accused by failing to instruct the court that in voting on the proposed sentences, it should *begin by first considering the lightest,* until a sentence is

438

adopted by the concurrence of the required number of members. Paragraph 76b(2), Manual for Courts-Martial, United States, 1951. So, too, here. Reversal on sentence is required.

The decision of the board of review as to sentence is reversed. The record of trial is returned to the Judge Advocate General of the Army. A rehearing on sentence may be ordered.

QUINN, Chief Judge (dissenting):

I dissent. See my opinion in United States v Johnson, 18 USCMA 436, 40 CMR 148, decided this date.